FILED

2008 JAN 23 PM 3:16

SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KMT _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury '08 CR 0204    WQH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) – Attempted Entry After Deportation; Title 18, U.S.C., Sec. 911 – False Claim to United States Citizenship |
| MARTIN NUNEZ, | |
| Defendant. | |

The grand jury charges:

<u>Count 1</u>

On or about December 21, 2007, within the Southern District of California, defendant MARTIN NUNEZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that

CPH:fer:San Diego
1/23/08

1  was a substantial step toward committing the offense, all in violation

2  of Title 8, United States Code, Sections 1326(a) and (b).

3      It is further alleged that defendant MARTIN NUNEZ, was removed

4  from the United States subsequent to July 28, 2006.

5  Count 2

6      On or about December 21, 2007, within the Southern District of

7  California, defendant MARTIN NUNEZ did falsely and willfully represent

8  to Department of Homeland Security, Bureau of Customs and Border

9  Protection Officer D. Gutierrez, a person having good reason to

10  inquire into the nationality status of the defendant, that he was a

11  citizen of the United States; whereas, in truth and fact, as the

12  defendant then and there well knew, he was not a citizen of the United

13  States; in violation of Title 18, United States Code, Section 911.

14      DATED: January 23, 2008.

15  A TRUE BILL:

16

17  _____
Foreperson

18

19  KAREN P. HEWITT
United States Attorney

20

21  By: _____
CAROLINE P. HAN
Assistant U.S. Attorney

22

23

24

25

26

27

28