GERALD T. McFADDEN (SBN 87446)
Attorney at Law
2366 Front Street
San Diego, CA 92101
(619) 338-0507
E-mail: gtmcfadden@hotmail.com

Attorney for Defendant
MARTIN NUNEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim. Case No. 08CR0209-WQH |
| Plaintiff, ) | NOTICE OF MOTION AND MOTIONS FOR DISCOVERY; TO SUPPRESS STATEMENTS, AND FOR LEAVE TO FILE FURTHER PRETRIAL MOTIONS AND FURTHER HEARING DATE |
| v. ) | |
| MARTIN NUNEZ. ) | |
| Defendant. ) | |
| ) | NCD: March 3, 2008 at 2:00 p.m. |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, and
      DAVID KATZ, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on Monday, March 3, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, MARTIN NUNEZ, through his appointed counsel, Gerald T. McFadden, will bring the following motions.

**MOTIONS**

The defendant, MARTIN NUNEZ, by and through his appointed counsel, Gerald T. McFadden, and pursuant to the provisions of Rules 12 and 16 of the Federal Rules of Criminal Procedure and the Fifth and Sixth Amendments to the United States' Constitution, hereby moves this Court: for discovery; to suppress statements and, for leave to file further pretrial motions and a further hearing date.

1

1  These motions are based upon the instant motions and notice of motions, the attached
2  statement of facts and points and authorities in support of these motions, and any and all matters
3  that may come to the Court's attention prior to or at the time of the hearing of these motions.

4                                          Respectfully submitted,

6  Dated: February 19, 2008          s/Gerald T. McFadden
                                     GERALD T. McFADDEN, Attorney for
7                                    Defendant MARTIN NUNEZ
                                     E-mail: gtmcfadden@hotmail.com