GERALD T. McFADDEN (SBN 87446)
Attorney at Law
2366 Front Street
San Diego, CA  92101
(619) 338-0507
E-mail: gtmcfadden@hotmail.com


Attorney for Defendant
MARTIN NUNEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | Crim. Case No. 08CR0209-WQH |
| Plaintiff,  ) | |
| v.  ) | CERTIFICATE OF SERVICE |
| MARTIN NUNEZ.  ) | |
| Defendant.  ) | |
| _____  ) | NCD:  March 3, 2008 at 2:00 p.m. |

IT IS HEREBY CERTIFIED THAT:

    I, GERALD T. McFADDEN, am a citizen of the United States and am at least eighteen years of age.  My business address is 2366 Front Street, San Diego, California 92101.

    I am not a party to the above-entitled action.  I have caused service of the NOTICE OF MOTIONS AND MOTIONS FOR DISCOVERY, TO SUPPRESS, AND LEAVE TO FILE FURTHER MOTIONS; STATEMENT OF FACTS AND POINTS AND AUTHORITIES IN SUPPORT OF MOTION; and, CERTIFICATE OF SERVICE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.    Assistant United States Attorney David Katz

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 19, 2008.

                                    s/Gerald T. McFadden
                                GERALD T. McFADDEN, Attorney for
                                Defendant MARTIN NUNEZ
                                E-mail: gtmcfadden@hotmail.com

1