```
 1  KAREN P. HEWITT
    United States Attorney
 2  DAVID L. KATZ
    Assistant United States Attorney
 3  California State Bar No. 141295
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-5226/(619)235-2757 (Fax)
    E-mail: David.Katz@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0204-WQH |
| | ) | |
| Plaintiff, | ) | DATE:    March 3, 2008 |
| | ) | TIME:    2:00 p.m. |
| v. | ) | |
| | ) | GOVERNMENT'S NOTICE OF MOTION AND |
| MARTIN NUNEZ, | ) | MOTION FOR RECIPROCAL DISCOVERY |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:    Defense Counsel's GERALD MCFADDEN, Counsel for defendant MARTIN NUNEZ

PLEASE TAKE NOTICE that on, March 3, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and DAVID L. KATZ, Assistant United States Attorney, will move the court for an order granting the Government's Motion for Reciprocal Discovery.

## MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and DAVID L. KATZ, Assistant United States Attorney, will hereby move the court for an order granting the Government's motion for reciprocal discovery.

DATED: February 26, 2008

> Respectfully Submitted,
>
> KAREN P. HEWITT
> United States Attorney
>
> s/David L. Katz
> _____
> DAVID L. KATZ
> Assistant United States Attorney
> Attorneys for Plaintiff
> United States of America

|     |                                       |
| --- | ------------------------------------- |
| 1   | UNITED STATES DISTRICT COURT          |
| 2   | SOUTHERN DISTRICT OF CALIFORNIA       |

UNITED STATES OF AMERICA,    )    Case No. 08CR0204-WQH
                             )
        Plaintiff,           )
                v.           )
                             )    CERTIFICATE OF SERVICE
MARTIN NUNEZ,                )
                             )
        Defendant.           )
_____)

IT IS HEREBY CERTIFIED THAT:

I, David L. Katz, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **Government's Notice of Motion and Motion for Reciprocal Discovery** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**1.    Gerald McFadden**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1. None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2008.

                              s/ David L. Katz
                              DAVID L. KATZ