Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N. Bradford Ave., Suite L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile:  (714) 646-3721

FILED
MAR 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 308-CR-00204-WQH-1 |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| Martin Nuñez, | |
| Defendant | |

___Martin Nuñez___ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, ___Gerald T. McFadden___.

DATED: X 2-24-008        X /s/ Martin Nuñez
                              DEFENDANT

I consent to the above substitution.

DATED: 3/4/08            /s/ Gerald McFadden
                              PRESENT ATTORNEY

1

08-CR-00204-WQH

//

I am duly admitted to practice in this district.

I accept the above substitution.

DATED: 02-26-08

NEW ATTORNEY

Please check one: ___✓___ RETAINED, or _____ APPOINTED BY THE COURT.

DATED: 3/4/08

APPROVED: _____

UNITED STATES DISTRICT COURT JUDGE
& MAGISTRATE

2

08-CR-00204-WQH