

USA

-v-

Martin Nunez

08cr204-WQH

# STRICKEN DOCUMENT
# (Per 3/20/2008 Order, Doc. # 16)

## Doc. # 15 - Declaration