

**FILED**

**4/6/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                              DEPUTY

USA                                                                                                08cr204-WQH

-v-

Martin Nunez

# STRICKEN DOCUMENT
## (Per 4/14/2008 Order, Doc. # 20)

# Doc. # 17 -
# In Limine Motion to Exclude Testimony 409 Evidence, In Limine Motion to Admit Reference to Punishment Enhancement