

FILED

4/6/2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

USA                                                                08cr204-WQH

-v-

Martin Nunez

# STRICKEN DOCUMENT
# (Per 4/14/2008 Order, Doc. # 21)

# Doc. # 18 -
# Motion to Exclude Statement
# in Violation of Miranda/Voluntariness