```
 1  KAREN P. HEWITT
    United States Attorney
 2  STEWART M. YOUNG
    Assistant U.S. Attorney
 3  California State Bar No. 234889
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6228 /(619) 235-2757 (Fax)
    Email: stewart.young@usdoj.gov@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

8    UNITED STATES DISTRICT COURT

9    SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10  UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-204 WQH |
| 11                    Plaintiff, | ) ) ) | NOTICE OF APPEARANCE |
| 12        v. | ) ) | |
| 13  MARTIN NUNEZ, | ) ) | |
| 14                    Defendant. | ) ) | |
| 15  _____ | ) ) | |

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18      I certify that I am admitted to practice in this court or authorized to practice under CivLR
19  83.3.c.3-4.

20      The following government attorneys (who are admitted to practice in this court or authorized
21  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead
22  counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to
23  activity in this case:

| Name | CBN | Tele. No. | Email Address |
|------|-----|-----------|---------------|
| N/A  |     |           |               |

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|---|---|---|---|
| David Katz | | | |

DATED: April 8, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ *Stewart M. Young*
STEWART M. YOUNG
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>MARTIN NUNEZ,<br><br>    Defendant. | Case No. 08-CR-204 WQH<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

   I, STEWART M. YOUNG, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action.  I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   1.   Christian De Olivas, Esq.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on April 8, 2008.

            s/ *Stewart M. Young*
            STEWART M. YOUNG

Notice of Appearance
United States v. Nunez                                                                                                          08-CR-204 WQH