**Christian De Olivas**
CA Bar No. 249608
DE OLIVAS LAW FIRM
A Professional Law Corporation
200 N Bradford Ave, Ste L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile: (714) 646-3721

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MARTIN NUNEZ,<br><br>　　　　　Defendant | CASE NO.: 3:08-cr-00204-WQH-1<br><br>DATE: NOVEMBER 3, 2008<br><br>TIME: 9:00 A.M.<br><br>**NOTICE OF JOINT MOTION; JOINT MOTION TO CONTINUE SENTENCE WITH PROBATION OFFICE REPORT** |

### NOTICE OF JOINT MOTION

　　TO: THE UNITED STATES ATTORNEY

　　Please take notice that on the above-referenced date, Defendant, MARTIN NUNEZ, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by and through its counsel, STEWART YOUNG, will move this Court to grant the above-entitled motion.