**JOINT MOTION TO CONTINUE:  POINTS & AUTHORITIES**

The Defendant, MARTIN NUNEZ, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by its counsel, STEWART YOUNG, and pursuant to Federal Rules of Criminal Procedure 32, hereby move this court to grant the above-stated motion.

In support thereof, Defense Counsel, and pursuant to and without objection by the Plaintiff's Counsel, request that the current Sentencing hearing scheduled for September 8, 2008 at 9:00 a.m. be continued to November 3, 2008 at 9:00 a.m., due to defense counsel's, CHRISTIAN DE OLIVAS, medical restrictions a pre-sentencing interview has been difficult to schedule.

This continuance meets the "ends of justice" and outweighs the interest of the public and the defendant's right to a Speedy Trial Act.

Respectfully Submitted,

**DATED**: July 31, 2008    **SIGNED**: s/ Christian De Olivas
                    CHRISTIAN DE OLIVAS

                    ATTORNEY FOR DEFENDANT
                    MARTIN NUNEZ

            **SIGNED**: s/ Stewart Young
                    STEWART YOUNG

                    ATTORNEY FOR PLAINTIFF
                    UNITED STATES OF AMERICA